IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 20-114 PRW |
| RAYLENE MARIE WALKUP, | ) ) | Violations: 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Possession of Controlled Substances with Intent to Distribute)**

On or about December 6, 2019, in the Western District of Oklahoma,

---------------------------------- **RAYLENE MARIE WALKUP** -----------------------------

knowingly and intentionally possessed with intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, and 100 grams or more of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 2
### (Possession of Firearms in Furtherance of a Drug-Trafficking Crime)

On or about December 6, 2019, in the Western District of Oklahoma,

----------------------------------**RAYLENE MARIE WALKUP**-----------------------------

knowingly possessed firearms, to wit:

1. a Sig Sauer, model 1911, .45 ACP caliber semi-automatic pistol, bearing serial number GS94000; and

2. a Ruger, model LC9, 9mm Luger semi-automatic pistol, bearing serial number 322-58072,

in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, possession of controlled substances with intent to distribute, as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found at Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
### (Felon in Possession of Firearms)

On or about December 6, 2019, in the Western District of Oklahoma,

----------------------------------**RAYLENE MARIE WALKUP,**-----------------------------

with knowledge that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

1. a Sig Sauer, model 1911, .45 ACP caliber semi-automatic pistol, bearing serial number GS94000; and

2. a Ruger, model LC9, 9mm Luger semi-automatic pistol, bearing serial number 322-58072,

which were in and affecting interstate commerce in that said firearms had previously

crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## **FORFEITURE**

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **RAYLENE MARIE WALKUP** shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

Upon conviction of the offense alleged in Counts 2 and 3 of this Indictment, **RAYLENE MARIE WALKUP** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. approximately $2,361.00 in United States currency;

2. a Sig Sauer, model 1911, .45 ACP caliber semi-automatic pistol bearing serial number GS94000;

3. a hand held single shot, 12 gauge firearm with no brand; and

4. any and all other ammunition and magazines not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*/s/ Brenda Dorsey*
FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

THOMAS B. SNYDER
Assistant United States Attorney