**Brooks, Teena**

| | |
|---|---|
| **From:** | 7cheryl chivers <cherylchivers2011@gmail.com> |
| **Sent:** | Wednesday, April 14, 2021 1:19 PM |
| **To:** | Brooks, Teena |
| **Subject:** | Judge Patrick Wyrick |

I am Raylene Walkup's mother. She will be standing before you for sentencing soon. Raylene is a only child and she has been adored since birth. Her father was a very abusive alcoholic and we divorced when she was 6. We moved to Oklahoma for safety reasons and to be close to my family. Raylene was good in school and sports and very outgoing.  In high school things started going south and she got into drugs. She got pregnant with Trendon at 18 and divorced when he 2. She did really well working and a good mom until that point. She went to drug court and 2 rehabs. When she got pregnant with Carter who is about to be 5 I really thought that it was a turning point . When the dad and her broke up she spiraled and lost custody.  The rest is all on paper. I know she loves all her family and if it weren't for her addiction and bad choices things would be a different story.  I hope and pray that while in prison she will get the help and healing she needs. Thankyou  Cheryl Chivers

EXHIBIT